Robert E. Mansfield (6272)
Megan E. Garrett (11650)
MITCHELL BARLOW & MANSFIELD, P.C.
Boston Building, 9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmansfield@mbmlawyers.com
        mgarrett@mbmlawyers.com

*Attorneys for Plaintiffs*

IN THE SECOND JUDICIAL DISTRICT COURT
IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| JOHN and JANE DOE, personally and on behalf of their minor child JD,<br><br>Plaintiffs,<br><br>ALPINE SCHOOL DISTRICT, SHANE FARNSWORTH, an individual, JEFF SCHOONOVER, an individual, JOHN WALLWORK, an individual, and JOSEPH ATWOOD, and individual, and DOES I-V,<br><br>Defendants. | **COMPLAINT**<br><br>Discovery Tier 3<br><br>**[JURY TRIAL DEMANDED]** |

Plaintiffs, John and Jane Doe (collectively the "Parents" or "Does"), personally and on behalf of their child JD, a minor, by and through their undersigned counsel, hereby complain and allege as follows against the named Defendants.

## PARTIES, JURISDICTION, AND VENUE

1.      At all times material hereto, Plaintiffs were residents of Utah County and JD was a registered student at Skyridge High School ("Skyridge").

2.      Defendant, Alpine School District (the "School District"), is located in Utah County, Utah.

3.      All other Defendants were agents and employees of the School District at all material times (the "Administration").

4.      Skyridge and the individual Defendants are collectively referred to herein as the "School and Administration."

5.      This action involves a claim for a violation of the Plaintiffs' John and Jane Doe's constitutional rights to parent JD and all Plaintiffs' constitutional rights caused by the School District's and the School and Administration's adopted attendance customs and failure to enforce and comply with statutory, administrative, and policy requirements.

6.      Defendant Jeff Schoonover is Administrator of Secondary Schools Central, Skyridge High School.

7.      Defendant John Wallwork is Principal of Skyridge.

8.      Defendant Joseph Atwood is Assistant Principal of Skyridge

9.      Venue is proper pursuant to Utah Code Ann. § 63G-7-502(3).

10.     The Court has jurisdiction pursuant to Utah Code Ann. § 78A-5-102.

11.     This matter is subject to the discovery limits of Tier 3 discovery, as set forth in Utah Rule of Civil Procedure 26(c)(5).

## **FACTUAL ALLEGATIONS**

12.     John and Jane Doe are parents to several students who attend schools within the School District.

13.     Their child, JD, is a student at Skyridge High School.

14.     On May 25, 2022 Jane Doe ("Mrs. Doe") arrived at the Skyridge to check JD out of school.

15.     When Mrs. Doe arrived and attempted to check JD out of school, the office workers mocked the endeavor and advised Mrs. Doe that the students were not in their classrooms because it was the last week of school.

16.     Nonetheless, the Skyridge office workers made an announcement and attempted to page JD. However, JD did not respond to the request to report to the High School's office.

17.     Mrs. Doe, now concerned about JD's whereabouts and safety, walked through the Skyridge's hallways in search of her missing child.

18.     Instead of finding JD, Mrs. Doe observed many students loitering in several wings of the school without any supervision during school hours. Mrs. Doe observed students engaging in public displays of affection in the hallways including sitting in each other's laps and kissing.

19.     Unable to locate JD through the High School's office, or her own efforts searching the school's halls, Mrs. Doe began calling her son's friends until she was able to finally locate him by contacting JD's girlfriend.

20.     No staff, employee, or adult at Skyridge was able to locate JD during school hours, where JD had been placed in the school's custody.

21.     Later that day, John Doe ("Mr. Doe") called Skydridge and requested to speak with the Principal. However, Mr. Doe was transferred to speak with Mr. Atwood, an Assistant Principal at Skyridge.

22.     Mr. Doe informed Mr. Atwood that during JD's unexplained absence that day, JD stated that he had witnessed other Skyridge students having sex in a parking lot next to the school during school hours.

23.     Mr. Doe also explained to Mr. Atwood that several of his children attending schools in the School District had expressed to him that several teachers had encouraged students to not attend their classes during the last week of school.

24.     Based upon his wife's observations, Mr. Doe discussed with Mr. Atwood that students were running the hallways unsupervised likely because Skyridge's staff was not taking, or enforcing, attendance that day.

25.     In response, Mr. Atwood stated that "the day before graduation isn't really a school day, it's a day students can check-in with their teachers about their grades."

26.     When confronted with the fact that the School District's calendar showed May 25, 2022 to be a school day, Mr. Atwood explained that the School District set the schedule and they, the High School, "did their best."

27.     The School District's and Skyridge's academic calendars clearly indicated that May 25, 2022 was scheduled as a regular "B" school day. *See* Alpine School District Calendar, https://alpineschools.org/calendars/, attached as Exhibit 1; Skyridge High School Calendar, https://shs.alpineschools.org/calendar/, attached as Exhibit 2.

28.     The following day, on May 26, 2022, Mrs. Doe visited Skyidge to further address

the issues from the day prior and spoke with the school counselor, an administrator, a school

social worker, and the Resource Officer, Mr. Sweeten.

29.     In speaking with Officer Sweeten, he expressed his disdain for the last week of

the term and for "SKYtime" which he described as a free period each day where students, in

theory, could work with their teachers to improve grades. Skyridge's Policies and Procedures

handbook describes SKYtime as:

> a time focused on Student Learning. It is between 2nd and 3rd period on every
> school day except Wednesdays. There will be connection activities, development
> activities, remediation opportunities, and enhancement opportunities for all
> students. The campus will be closed during SKYtime and students are not permitted
> to leave campus during this time. Students not requested or not in a classroom
> during SKYtime will be sent to a designated location, such as the auditorium. They
> will not be permitted to stay in the hallways or commons.

*See* Skyridge High School Policies and Procedures, at

https://drive.google.com/file/d/13POgSDPvcoMFyT3Mo-VTUilw7OL6c4Ol/view, attached as

Exhibit 3.

30.     Officer Sweeten explained that, in reality, SKYtime and the last week of the

school term are essentially free periods where students who don't need or want extra assistance

do whatever they want. Officer Sweeten also indicated that during the last few days of the term,

each class period is only 15 minutes long and students attend all 8 periods within 2 hours, after

which students are excused and left unsupervised to roam the halls.

31.     The school administrator and counselor suggested that they could do nothing

because school was now over for the year, even though May 26, 2022 was still listed as the "Last

Day of School" on both the School District's and the High School's calendars. Moreover, Mrs. Doe observed many students still at school on May 26, 2022 during this visit.

32.     Mr. Doe also sent a letter to the School District's Superintendent, Dr. Farnsworth, on May 26, 2022, explaining the Does' concerns. Mr. Doe explained that the attendance issues with JD stemmed from the School District's calendar, SKYtime, and lack of solid attendance policy enforcement at Skyridge.

33.     Mr. Doe requested to meet with Dr. Farnsworth to discuss the matter further.

34.     The next day, Mr. Doe received a voice message from the School District's Administrator of Secondary Schools Central, Jeff Schoonover. The parties then set up a meeting to discuss the issues at the School District and the High School.

35.     Mr. Doe met with the Mr. Schoonover on behalf of the School District on May 31, 2022.

36.     During this meeting, the Mr. Doe summarized what had previously transpired on May 25, 2022, in that they were unable to locate JD at Skyridge during school hours, that the Skyridge's staff dismissed Mrs. Doe's concerns, and that Mrs. Doe finally located her son hanging out in the parking lot.

37.     By this time, however, the Does discovered additional details regarding the transgressions that transpired during JD's absence.

38.     The Does explained to Mr. Schoonover that they had previously discovered that JD had begun having sex with his girlfriend.

39.     The Does are members of the Church of Jesus Christ of Latter-Day Saints (the "Church") and have raised their son under the Church's doctrines. One such doctrine forbids pre-marital sex.

40.     Notwithstanding the Church's doctrine, as parents, the Does did not want JD having sex at his age and had concerns regarding their son's relationship with his girlfriend.

41.     Based on this knowledge, the Does had placed restrictions on JD's activity to manage the risk of his engagement in pre-marital sex such as requiring him to be accompanied by other persons when he was with his girlfriend, prohibiting JD from having his girlfriend at the Does' residence unless others were home, monitoring the use of JD's phone, and requiring that JD travel to and from school with his older sibling, among other parameters.

42.     The Does further explained that they found out JD had sex with his girlfriend during school hours in the parking lot next to the High School.  This behavior occurred during the last week of school on May 23, 24, and 25.

43.     The Does do not believe that this had happened on any other school day, but only on these three days where their son was left unsupervised and unaccounted for by Skyridge's staff.

44.     Mr. Schoonover acknowledged the Does' concerns and agreed that the School District could "do better" in terms of communicating the unofficial school schedule during the last week of school and pushing the schools to follow the official schedule.

45.     Mr. Schoonover tried to explain that after yearbook signings and/or "Lagoon day" that "it's just crazy" the rest of the last week of school.

46.     The Does requested that by June 15, 2022, the School District determine and finalize an exact plan for the last week of school that either: classes are cancelled for the last week of school, or that the School District, and its schools, hold to a set schedule, require the students to be in the assigned classroom for the entire schedule, require the teachers to supervise the students during the entire class, and notify all the parents of the schedule each day.

47.     The School District has failed to meet these demands.

48.     The Does provided a notice of claim against the School District and the School and Administration as of June 15, 2022 (the "Notice of Claim").

## FIRST CAUSE OF ACTION
### (Declaratory Relief)

49.     Plaintiffs re-allege and incorporate the foregoing paragraphs as though fully set forth herein.

50.     Pursuant to Utah Code Ann. § 78B-6-401, "[e]ach district court has the power to issue declaratory judgments determining rights, status, and other legal relations within its respective jurisdictions."

51.     An actual dispute exists between Plaintiffs and Defendants.

52.     The Does have a fundamental constitutional right to parent their child as they see fit. Specifically, the Does have the right to raise their children under the influence of their chosen religious beliefs.

53.     The Does have raised JD within the religious doctrines of the Church, which prohibits premarital sex.

54. The School District and School and Administration adopted or tolerated customs in their attendance policies and practices which caused and resulted in the deprivation of the Does' and JD's ability to freely exercise their constitutional rights.

55. The Does' and JD's fundamental right to practice and uphold their religious beliefs was undermined and deprived by the School District and School and  Administration when they adopted attendance customs for the last week of school which resulted in the School District and School and Administration's loss of custody of JD.

56. Utah Code Ann. § 53G-6-206(1)(a), (2)(e) requires that "a local school board, charter school governing board, or school district shall make efforts to resolve the school attendance problems of each school-age child who is, or should be, enrolled in the school district" which efforts "shall include, as reasonably feasible: (e) monitoring school attendance of the school-age child."

57. The School District's own policies reestablish similar principles for monitoring the attendance of minors placed in their custody. *See* Policy No. 5156 ("School District Policy"), available at

https://docs.google.com/document/d/1l2ZCwGPUsyAzhoyS9KY1MlvwhUz3hE2N42g-cDr4Apo/edit#.

58. The School District Policy seeks to "Promote student attendance and participation. Students should be in attendance and participate every possible day of the school year in order to receive maximum benefit from their educational opportunities."

59.     Under the School District's Policy, "Students and parents/guardians can find the

attendance policies and expectations of their school on the school's website or in the student

handbook." *See* Policy No. 5156.

60.     Under the attendance policy enumerated in the Skyline High School Attendance

Policy,

> [a]ttendance is a significant factor impacting student achievement in school.
> Positive attitudes toward attendance provide students with greater opportunities for
> success both while in high school and beyond the high school experience. The
> expectation for Skyridge High School is that students will be on time, in class, and
> prepared to be engaged in the learning experience every day. Skyridge supports
> state and district attendance policies that call for fairness and provide flexibility and
> accountability on the part of students, parents, and the school. Skyridge believes
> that attendance is a responsibility shared between the parent, student, and school
> collectively . . . .

*See* Skyline High School Policies and Procedures, available at
https://docs.google.com/document/d/1KxwQWlz-
umOSiTR5nG4OVq2xjD_dy2AjwsYtyA5UqQQ/edit

61.     The School District and School and Administration made a deliberate decision not

to enforce, or attempt to enforce, official policies, regulations, common law duties, and statutory

provisions which govern attendance of minors in the School District and School and

Administration's custody.

62.     The School District and School and Administration have apparently adopted a

custom of treating the last week of school's attendance practices differently from the rest of the

school year.

63.     During the last week of school, the School District and School and Administration

adopted the custom of not taking attendance, or otherwise monitoring the whereabouts of minors

placed in their custody.

64.     The School District and School and Administration's adopted attendance customs led to the loss of custody of JD during a school day and during school hours.

65.     While the School District and School and Administration lost the custody of JD, due to their adopted attendance customs for the last week of school, JD was allowed to engage in premarital sex in the parking lot next to Skyridge.

66.     The Does placed JD in the School District's and School and Administration's custody and Defendants' own adopted attendance customs caused JD to be displaced from the School District and School and Administration's custody.

67.     The Does had placed specific boundaries and rules in place to prevent JD from engaging in premarital sexual activities.

68.     But for the School District and School and Administration's abdication from formal attendance policies and statutory directives and their adoption of nonconforming customs during the last week of school, JD would not have been able to engage in premarital sex during school hours.

69.     The Defendants' failure to enforce its policies, and its adoption of its "free for all" attendance policies for the last week of school, subverted the Does' parental choices and compromised the Does' and JD's ability to practice and attain the full enjoyment of their religion.

70.     JD's engagement in premarital sex permitted and caused by the School District and School and Administration's adopted customs, violated the Does' fundamental right to parent under 42 U.S.C. § 1983.

71.     Moreover, JD's engagement in premarital sex because of the School District and
School and Administration's adopted customs caused a violation JD's and the Does'
fundamental right to practice their religion.

72.     Consequently, the Court should declare and rule that:

a.     Defendants abdicated from their own policies, statutory, and common law
duties to monitor and promote attendance in class for minors that have been placed in
their custody.

b.     Defendants adopted a custom for the last week of school's attendance
policies and procedures that is in contradiction to Defendants' own policies, statutory,
and common law duties.

c.     Defendants' abdication of their duties and adoption of the last week of
school's attendance policies and procedures caused the School District and the School
and Administration to lose custody of JD.

d.     The Does' fundamental right to parent was undermined and violated by
the Defendants' actions and omissions.

e.     The Does' fundamental right to practice their religion and direct the
practice of JD's religion was undermined and violated by Defendants' actions and
omissions.

f.     JD's fundamental right to practice his religion was undermined and
violated by the Defendants' actions and omissions.

## SECOND CAUSE OF ACTION
### (Injunctive Relief)

73.     Plaintiffs re-allege and incorporate the foregoing paragraphs as though fully set forth herein.

74.     An actual dispute exists between Plaintiffs and Defendants.

75.     This is a claim for injunctive relief under Rule 65A of the Utah Rules of Civil Procedure.

76.     Defendants' actions and omissions have caused an irreparable harm to the Plaintiffs by depriving them of their ability exercise their fundamental constitutional rights.

77.     Defendants were granted custody over JD, and while in Defendants' care, Plaintiffs suffered irreparable harms.

78.     The Does have been deprived of their fundamental right to parent and to raise their child within the doctrines of their religion because of the Defendants' actions and omissions.

79.     While in Defendants' custody, JD has been irreparably harmed because he was deprived of his fundamental right to practice his religion because of the Defendants' actions and omissions.

80.     Plaintiffs will continue to suffer irreparable harms if Defendants are not enjoined from practicing their adopted attendances customs in contradiction to Utah Code, common law, and Defendants' own adopted policies.

81.     If the Defendants are not enjoined from their current attendance customs and forced to comply with Utah Code, common law, and their own policies, JD, the Parents, and

other students within the School District will face additional injury while in the Defendants'
custody.

82.     The threat of Plaintiffs' injuries far outweighs whatever damage injunctive relief
may cause the Defendants, if any.

83.     Plaintiffs have incurred and will suffer irreparable harms to their fundamental
rights if the Defendants continue the abdication of their duties to exercise care over JD while he
is within their custody.

84.     Enjoining Defendants from the continued practice of its adopted customs would
not cause a harm to the Defendants, it would compel the Defendants to adhere to Utah Code,
common law duties, and their own enumerated policies.

85.     Injunctive relief is not adverse to the public interest.

86.     In fact, injunctive relief would force Defendants to comply with State law and
their own attendance policies to protect children in their custody and would be favorable to the
public's interest.

87.     There is a substantial likelihood that Plaintiffs will be successful on the merits of
their claim.

88.     Consequently, Defendants should be enjoined from continuing their adopted
attendance custom of abandoning attendance practices and procedures enumerated in Utah law
and the School District's own policies during the last week of school.

### THIRD CAUSE OF ACTION
**(Negligence)**

89.     Plaintiffs re-allege and incorporate the foregoing paragraphs as though fully set
forth herein.

90.     Defendants had a special relationship with JD as a child attending one of its schools.

91.     Defendants were given custody of JD and were acting *in loco parentis.*

92.     Because of the special relationship Defendants had with JD because of their custody over him, Defendants owed JD a specific duty of care.

93.     Defendants breached this duty of care, among others, when they failed to uphold their own attendance policies and failed to adhere to Utah law when they lost custody of JD during school hours on a school day which they were given specific custody to act *in loco parentis.*

94.     JD has undergone severe emotional distress because of the Defendants' actions and omissions.

95.     The Defendants' loss of custody caused injuries to the Plaintiffs because it undermined the Does' parental rights to raise their child under the Church's doctrines and allowed for JD, a minor, to be left unsupervised and to engage in premarital sex.

96.     But for Defendants' abdication of their duty to care for JD while he was placed in their custody, JD would not have been allowed to have premarital sex during school hours.

97.     Defendants' abdication of duty directly undermined the Does' parental rules and parameters that were put in place to prevent JD from engaging in sexual activity.

98.     Plaintiffs have incurred monetary expenses caused by counseling sessions that are necessary to treat and remedy the aforementioned injuries.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray for judgment against the Defendants on each of the foregoing claims for relief and all available additional relief as follows:

1. On Plaintiff's First Cause of Action, for judgment in favor of Plaintiff's declaring and ordering that:

   a.     Defendants abdicated from their own policies, statutory, and common law duties to monitor and promote attendance in class for minors that have been placed in their custody.

   b.     Defendants adopted a custom for the last week of school's attendance policies and procedures that is in contradiction to Defendants' own policies, statutory, and common law duties.

   c.     Defendants' abdication of their duties and adoption of the last week of school's attendance policies and procedures caused the School District and the School and Administration to lose custody of JD.

   d.     The Does' fundamental right to parent was undermined and violated by the Defendants' actions and omissions.

   e.     The Does' fundamental right to practice their religion and direct the practice of JD's religion was undermined and violated by Defendants' actions and omissions.

   f.     JD's fundamental right to practice his religion was undermined and violated by the Defendants' actions and omissions.

2.      On Plaintiffs' Second Cause of Action, for judgment in favor of the Plaintiffs ordering that:

a.      Defendants be enjoined from continuing their adopted custom of abandoning and disregarding attendance practices and procedures during the last week of school.

b.      Defendants must adhere to the enumerated attendance policies and procedures enumerated in Utah law and the School District's own policies.

3.      On Plaintiffs' Third Cause of Action, asserting a claim for negligence, for judgment in favor of the Plaintiffs ordering that:

a.      An award of damages for Plaintiffs' general, compensatory, and consequential damages caused by the Defendants' negligence in an amount to be established at trial which exceeds $300,000, plus pre- and post-judgment interest, costs of collection, attorneys' fees, and court costs, and other relief the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all claims or issues so triable and submits the statutory fee herewith.

DATED this 25th day of August 2024.

MITCHELL BARLOW & MANSFIELD, P.C.


/s/ Robert E. Mansfield
Robert E. Mansfield
Megan E. Garrett
*Attorneys for Plaintiffs*

# EXHIBIT 1

May 2022 (Mountain Time – Denver)

District A/B Calendar

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 1 | 2 A DAY | 3 B DAY | 4 A DAY | 5 B DAY | 6 A DAY | 7 |
| 8 | 9 B DAY | 10 A DAY | 11 B DAY | 12 A DAY | 13 B DAY | 14 |
| 15 | 16 A DAY | 17 B DAY | 18 A DAY | 19 B DAY | 20 A DAY | 21 |
| 22 | 23 B DAY | 24 A DAY | 25 B DAY | 26 LAST DAY OF SCHOOL | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |

# EXHIBIT 2

District Calendar,District A/B Calendar,Skyridge High School

**May 2022 (Mountain Time - Denver)**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **1**<br>AP Testing | **2**<br>Red Ribbon Week<br>Varsity Boys Tennis Region @ American Fork High<br>A DAY<br>Sophomore Soccer<br>8am - AP Testing US Gov<br>9am - Girls Golf<br>12pm - AP Testing Chem<br>3:30pm - AP Art History<br>3:30pm - Sophomore | **3**<br>B DAY<br>8am - AP Enviro Science<br>12pm - AP Testing<br>3:30pm - Varsity & JV<br>3:30pm - Soccer v.<br>3:30pm - Varsity & JV<br>6:30pm - CTE Pathway | **4**<br>A DAY<br>8am - AP Testing English<br>2pm - Retirement Party<br>3:30pm - Softball vs Riverton<br>3:30pm - AP World<br>5pm - Senior Pictures<br>5pm - Soccer @ Westlake<br>7pm - Ballroom final | **5**<br>B DAY<br>Sophomore Soccer Finals<br>8am - AP Testing Human<br>8am - AP Testing<br>3pm - Softball vs Corner<br>3:30pm - Varsity & Soph<br>5pm - Girl's Lacrosse @<br>5:30pm - Boy's Lacrosse | **6**<br>A DAY<br>Track BYU Invitational @<br>8am - AP Testing US<br>11:15am - AP Art History<br>12pm - AP Art History<br>3:30pm - JV Softball vs<br>3:30pm - Soccer vs Lone | **7**<br>10am - JV & Soph<br>12pm - Girls Lacrosse @<br>1pm - Softball vs Weber |
| **8**<br>AP Testing | **9**<br>State Golf (W) tournament @ TBD<br>B DAY<br>8am - AP Testing Calc AB<br>12pm - AP Testing<br>3:30pm - AP World<br>3:30pm - Varsity & Soph<br>6:30pm - CTE Pathway | **10**<br>A DAY<br>8am - AP Testing English<br>12pm - AP Testing<br>3:30pm - JV Softball @<br>3:30pm - Soccer v.<br>3:30pm - Varsity & JV | **11**<br>B DAY<br>8am - AP Testing Chinese<br>9am - State Soccer<br>9am - State Softball<br>12pm - AP Testing<br>1pm - Senior Pictures<br>2pm - Region 4 Track | **12** | **13**<br>B DAY<br>State Large Choir Festival<br>State Softball first round<br>8am - AP Testing Music<br>4pm - State Soccer @ | **14**<br>State Softball second |
| **15** | **16**<br>A DAY<br>1pm - State Baseball v.<br>4pm - Youth Football | **17**<br>AP Testing (Late Testing)<br>A DAY<br>Girl's Lacrosse First<br>12pm - AP Testing<br>4pm - Youth Football<br>4:30pm - State Boys | **18**<br>B DAY<br>State Lacrosse (M) first<br>State Lacrosse (W) first<br>1pm - Senior Pictures<br>4pm - Youth Football | **19**<br>A DAY<br>State Tennis (M) @<br>7:15am - AP World<br>8am - AP Test World<br>10:30am - NO SKYTIME-<br>12pm - AP Testing<br>2pm - Region 4 Track | **20**<br>A DAY<br>8am - LAST Pastries with<br>10:10am - Wrestling<br>1pm - State Baseball @<br>3:30pm - State Softball v. | **21**<br>State Track & Field @<br>State Tennis (M) @<br>9am - State Lacrosse<br>1pm - State Baseball v.<br>4pm - Girl's Lacrosse |
| **22** | **23**<br>B DAY<br>8am - Senior Graduation<br>9am - Yearbook Day<br>6pm - Senior Night of<br>9pm - Senior Skate Night | **24**<br>A DAY<br>Girl's Lacrosse<br>State Lacrosse (W)<br>9:30am - Senior Lagoon<br>3pm - State Softball vs | **25**<br>B DAY<br>State Lacrosse (M)<br>12:30pm - Softball State<br>2:30pm - Possible 2nd<br>6:30pm - Senior Sunset | **26**<br>LAST DAY OF SCHOOL<br>State Lacrosse (W) final<br>11pm - Senior Grad Night<br>10:30am - Faculty<br>4pm - Graduation @ | **27**<br>State Baseball Tournament Finals @ TBD<br>State Lacrosse (M) final | **28**<br>State Baseball Tournament Finals @ TBD |
| **29** | **30**<br>7am - Cleaning Schedule | **31**<br>7am - Cleaning Schedule | **1**<br>7am - Cleaning Schedule | **2**<br>7am - Cleaning Schedule | **3**<br>7am - Cleaning Schedule | **4** |

# EXHIBIT 3

# SKYRIDGE HIGH SCHOOL

## Policies & Procedures



## 2021-2022

# SKYRIDGE HIGH SCHOOL

### MISSION STATEMENT

An educational community focused on providing each student with a well-rounded and comprehensive high school experience that will prepare and encourage their lifetime pursuit of excellence.

### VISION STATEMENT

An outstanding high school producing prepared, competent, and high-achieving students supported by ever-improving teachers and staff.
- **Prepared** – they can function as a responsible adult in society
- **Competent** – they have mastered requirement for graduation
- **High-achieving** – as measured against each student's capacity

### SKYRIDGE HIGH SCHOOL SONG

The falcon soars across the sky
Inspiring to us all
We join as one, forgetting none
And answer the great call
From these strong walls, we shall go forth
Well taught and well prepared
Respecting all and reaching high
Our excellence declared

Skyridge Falcons (clap, clap, clap)
Hey, Hey, Hey (clap, clap, clap)
Orange (clap) and (clap) Grey (clap, clap)

We learn, create, compete and more
Each part makes up the whole
In all we do, yes all will know
That excellence is our goal
Orange and grey we will remain
As we leave the school and fly
With integrity and faithful hearts
We're proud of Skyridge High

Skyridge Falcons (clap, clap, clap)
Hey, Hey, Hey (clap, clap, clap)
Aaaaaahhhhhhh, S – H – S



https://alpineschools.org/wp-content/uploads/2021/07/2021-2022-Calendar-WEB-FINAL.jpg

## 2021 – 2022 SKYRIDGE BELL SCHEDULE

### Mon/Tue/Thur/Fri – SKYtime Bell

7:40am - Warning Bell

7:45-9:03am – A1/B5
8:59-9:03am - Announcements
9:03-9:08am - Passing

9:08-10:22am- A2/B6
10:22-10:27am - Passing

10:27-10:57am - SKYTIME
10:57-11:02am - Passing

11:02-12:16pm – A3/B7

12:16-12:56pm - Lunch
12:56-1:01pm - Passing

1:01-2:15pm – A4/B8

### Wednesday – Bell Schedule

7:40am - Warning Bell

7:45-8:44am – A1/B5
8:40-8:44am - Announcements
8:44-8:49am - Passing

8:49-9:44am- A2/B6
9:44-9:49am - Passing

9:49-10:44am – A3/B7
10:44-10:49am - Passing

10:49-11:44am – A4/B8

11:44-12:15pm - Lunch

### Assembly Bell Schedule

7:40am – Warning Bell

7:45-8:52am – A1/B5
8:52-8:55am - Announcements
8:55-9:00am - Passing

9:00-10:07am – A2/B6

10:17-11:17am - Assembly

11:27-12:34pm – A3/B7

12:34-1:03pm - Lunch
1:03-1:08pm - Passing

1:08-2:15pm – A4/B8

# POLICIES AND GUIDELINES
**Skyridge Policies are in line with the Alpine School District.**
Visit https://policy.alpineschools.org/ for more information.

## Academic Honesty
All students are expected to maintain academic honesty by avoiding cheating and plagiarism.

### *Cheating*
Cheating will not be tolerated.  Any student that participates in cheating may receive a zero on that assignment.  Cheating or plagiarism could result in loss of academic credit.

### *Plagiarism*
To plagiarize means:
- To steal and pass off (the ideas or words of another) as your own
- To use someone else's production without crediting the source
- To copy something from another source (books, google, etc.)
- To present as new and original an idea or product derived from an existing source

Anytime you present another person's work as your own-even if that other person is a friend or family member-you have plagiarized.

## Activity Cards
All students are issued an activity card at the beginning of the school year. Student activity fees are used to subsidize activities such as dances, assemblies, plays, athletic events, etc. Students will be admitted for free or at a reduced cost to SHS sponsored activities with an activity card. Students who do not present an activity card may be required to pay full price. If a student activity card is lost, a new activity card can be purchased in the financial office.

## Address Change
Students are required to notify the school of any changes in student information (address, email, emergency contact, etc.) This information is critical in case of emergencies. Changes can be made by logging into Skyward using the **parent login**, selecting student information followed by selecting request changes to my child's information. All parents are encouraged to verify this information regularly.

## Athletic Event Behavior
Student attendance at athletic events is strongly encouraged. Student behavior should be enthusiastic and supportive. Inappropriate behavior, language, and/or gestures will not be tolerated. Athletes, cheerleaders, students, or fans from other schools should not be "put down," ridiculed, or insulted. It is never appropriate to single out any individual or collective group from an opposing school in a negative context or connotation.

## Attendance
### *Philosophy of the Skyridge Attendance Guidelines:*
Attendance is a significant factor impacting student achievement in school. Positive attitudes toward attendance provide students with greater opportunities for success both while in high school and beyond the high school experience. The expectation for Skyridge High School is that

students will be on time, in class, and prepared to be engaged in the learning experience every day. Skyridge supports state and district attendance policies that call for fairness and provide flexibility and accountability on the part of students, parents, and the school. Skyridge believes that attendance is a responsibility shared between the parent, student, and school collectively, and that each entity takes part in resolving attendance concerns before referring attendance issues to the district or juvenile court systems. Having high expectations for attendance has proven to be effective in improving students' academic achievements, graduation rates, school safety, and overall respect and responsibility. We acknowledge that there will be times where an unexpected absence may occur and/or families will have a need to schedule family events during the school year. The outlined policies provide families the opportunity to work with the school in excusing legitimate absences.

📄 Policy No. 5156 | Attendance Policy

**Excusing Absences:**
Students who miss class must have a parent/guardian notify the school to excuse the absence. Truancy is when a student is deliberately absent from school and/or class without the knowledge or consent of their parents or the school. An automated attendance phone call will call home each time a student misses a class and will be placed in a report tracking absences.

**Unexcused Absences:**
Parents should call the attendance office or send a note with their student within 10 days of the absence. Parents are encouraged to call the school in advance for planned absences. Students who have excessive absences will meet with a school administrator to resolve the attendance issue.

Overall absences (truancies/unexcused absences) will result in the following:
- 5+ days unexcused (20+ periods) – Attendance Letter #1 and student/administrator meeting and/or student/parent/administrator and/or parent/administrator meeting.
- 5 additional days unexcused (40+ periods) – Attendance Letter #2 School Attendance Contract with applicable consequences.
- 5 additional days (60+ periods) – Attendance Letter #3 and referral to District Attendance program; continued truancy/absences after this point students could be referred to Truancy Court or alternate placement.

**Ten-Day Rule:**
Utah State Law requires that any student who does not attend school for ten consecutive days without a legitimate excuse will be dropped from school.

**ATTENDANCE WARNINGS:**
When a student has two unexcused absences and/or 4 tardies in a class period, an **AW** will appear over a student's grade in Skyward.  This triggers parent notifications and administrative oversight over the student's attendance habits.  The **AW can only be excused by the teacher.** Students should visit with the teacher of that class to work on missed learning.  It is the prerogative of the teacher to excuse the **AW** as they feel best supports the student's attendance improvement.

## Skyridge Attendance Flow Chart

Two unexcused absences **in a class period** and/or 4 tardies **in a class period.**
**ATTENDANCE WARNING CODE (AW) APPEARS IN SKYWARD IN PLACE OF A LETTER GRADE.**
Student Conference with Teacher to identify & resolve attendance barriers, monitoring procedures may be put in place. Teacher discretion on making up absences/tardies (Skyward code will change from X to 2, or T to 5 ) in order to remove the Attendance Warning.

5 days (20 class periods) **sum total unexcused absences** (made up or otherwise) **AND significant attendance related drop in academic achievement.**
STUDENT CONFERENCE is held with advocate to identify & resolve attendance barriers through intervention, monitoring procedures will be instated. Advocate will notify parent, and document in Skyward.

Additional +2.5 days **= 30 periods unexcused absences sum total**
ATTENDANCE MEETING WITH ADMINISTRATION, SOCIAL WORKER, PARENT AND STUDENT
Attendance Plan and School Intervention implemented
Document in Skyward

Additional +2.5 days **= 40 periods unexcused absences sum total**
School informs parent of REFERRAL TO MEDIATION *with possible Youth Services referral.* Provide dates and other Mediation information.
Confirm commitment to attend and answer questions. Document in Skyward.

| Refusal to Complete Mediation School informs Student Services (see checklist) | OR | Completed Mediation AND is absent additional 2.5 days (10 periods) |

YOUTH SERVICES REFERRAL
Social Worker refers student to Youth Services and documents referral in Skyward.
School may recommend change of placement (Polaris, Eshore, Focus Center)

https://drive.google.com/file/d/1no-5UWhkpiiwzqgd5mPMl6pwsLzW-hxd/view?usp=sharing

### Assemblies
Assemblies are for the entire student body. All students are invited to participate in a respectful and appropriate manner during assemblies.

### Cell Phones
Although cell phones can be a great learning tool, they also have the capability to compromise the integrity of assignments and tests and can disrupt the learning environment. Cell phone use in the classroom will be at the discretion of the teacher. It is inappropriate for a cell phone to be used in a restroom, locker room, or any other place where an individual would have the expectation of privacy. If a cell phone is seen or heard during class time (without teacher approval) or in an area an individual would have an expectation of privacy, a teacher or staff member may confiscate the phone and take it to the office for the student, parent, or guardian of the student to retrieve the phone. Failure to surrender a phone when asked by a staff member will constitute insubordination and will be grounds for suspension or other disciplinary action. Parents or guardians can arrange with an administrator to retrieve the phone. If a parent needs to communicate with their student(s) during school hours, they can be accommodated through the attendance office.

### Check-In Policy
Students are responsible to check-in at the attendance office anytime they enter campus after 8:05 a.m. during the school day. Students are expected to have a legitimate parent-written or phoned-in excuse for absences.

### Check-out Policy
Students who have a legitimate reason (i.e. doctor/dentist appointments, illness, or injury) must go to the attendance office to check out prior to leaving campus. Parents must approve the check-out either by phone or with a note. Students may not leave school during the school day without checking out. **After a student checks out of the school, he/she must leave campus.** If a student remains on campus after checking out, he/she will be considered truant or loitering and may be cited by the campus officer. Students enrolled in off-campus classes (i.e. MATC, Seminary, etc.) must leave campus. Students who "hang around" campus may be cited. If a student comes back to school the same day as a check-out, the student MUST check-in at the attendance office. Coming back late from lunch will not be excused. Any exceptions to this policy must be cleared by the administration.

### Computer Security Policy
Skyridge High School provides computers for students to use for educational purposes. Student computer use is to be under faculty supervision and directly related to course and curriculum activities. Unauthorized use of computers is prohibited. This use could result in expulsion/suspension, loss of computer privileges, and referral to legal authorities. Utah Criminal Code 76-6-703 states: *A person who gains access without authorization to a computer or computer network to alter, damage, modify, or destroy any computer program, computer, or computer network is guilty of a third degree felony. A person who intentionally and without authorization interferes with, and/or interrupts computer services, is guilty of a Class A misdemeanor.* Students and parents must read and sign the Acceptable Use Policy before students may access the Internet. This form can be obtained on Skyward.

**Dances**

For dates of the dances, please refer to the school calendar. Only current students are invited to Stag dances. Non-SHS students may attend date dances under the following conditions:

- Must have a date with a current SHS student.
- Non-SHS students must be between the ages of 16-19.
- SHS students must obtain a guest pass for the guest to be allowed to attend the dance. Guest passes are available at the office. Guest passes are $5.00, and can be paid for in the financial office.
- Guests must adhere to SHS rules and standards.

***In order to purchase a ticket for a date dance, all school fees must be paid.*** School date dances begin at 8 p.m. and conclude at 11 p.m. Stag dance start times will vary, but will end at 11 p.m. Student activity or ID cards are required for entry at all Stag dances. School dress code will be enforced. The administration may refuse admission to any student. Stag dances cost $5.00 with Student ID. Date dances will vary in cost.

**Dress Code**

Skyridge High School respects students' rights to express themselves in the way they dress. All students who attend Skyridge High School are also expected to respect the school community by dressing appropriately for an educational environment. Student attire should facilitate participation in learning as well as the health and safety of students and the adults that supervise them. This policy is intended to provide guidance for students, staff, and parents.  Dress code applies to all school functions and activities.

Minimum Requirements:

- Clothing must cover areas from one armpit across to the other armpit, down to 5 inches in length on the upper thighs (see image below). Tops must cover the shoulders. Rips or tears in clothing should be lower than the 5 inch inseam in length.  Shoes must be worn at all times and should be safe for the school environment (pajamas, bedroom shoes or slippers shall not be worn, except for school activities approved by the principal).
- See-through or mesh garments must not be worn without appropriate coverage underneath that meet the minimum requirements of the dress code.
- Specialized courses may require specialized attire, such as sports uniforms and safety gear.

Additional Requirements:

- Clothing may not depict, imply, advertise, or advocate illegal, violent, or lewd conduct, weapons, or the use of alcohol, tobacco, marijuana or other controlled substances.
- Clothing may not depict or imply pornography, nudity, or sexual acts.
- Clothing may not display or imply vulgar, discriminatory, or obscene language or images.
- Clothing may not state, imply, or depict hate speech/imagery targeting groups based on race, ethnicity, gender, sexual orientation, gender identity, religious affiliation, or any other protected classification.



- Sunglasses may not be worn inside the building.
- Clothing and accessories that endanger student or staff safety may not be worn.
- Apparel, jewelry, accessories, tattoos, or manner of grooming that, by virtue of its color, arrangement, trademark or any other attribute, denotes membership in a gang that advocates illegal or disruptive behavior is prohibited.

The administration reserves the right to determine what constitutes appropriate dress. Students who break the dress code will be asked to change into suitable attire. Parents will be called if appropriate clothing is not available or the student refuses dress-code appropriate clothing. Repeat offenders or those who refuse to comply may be subject to parental conference and/or suspension.

## Eligibility to Participate in Extracurricular Activities

In order to be eligible to participate in extracurricular activities or a competitive activity, students must meet the following criteria:

- Be a full-time student (six academic periods).
- Earn a 2.0 GPA the term preceding the season and any term that ends during the season.
- Receive no more than one "F".
- During the season, if a student drops below a 2.0 or has more than one "F", they may become ineligible to participate in any event until grades meet minimum eligibility requirements.

## Extra-Curricular and Athletic Attendance Policy

Participation on an athletic team or extra-curricular group is a privilege granted after a student's academic responsibilities are met. Attendance in the classroom is an important requirement for academic achievement. Attendance requirements for participation in a sport/activity are as follows:

- Athletes/Participants will attend all classes regularly and be on time.
- Athletes/Participants must attend all scheduled classes to be eligible for competition on that day.
- In the event of an early dismissal, the coach/advisor will notify the attendance office and will excuse the athletes/participants and the athletes/participants will be released from class in an amount of time that is reasonable for the athlete/participant to secure appropriate departure time.
- Athletes/Participants are expected to arrive to school on time. Excessive tardiness or absences can result in being suspended or dismissed from a team/group.
- Athletes should be role models in P.E. classes. On days of competition, athletes are required to participate in a reasonable amount of physical activities in P.E. class.
- Any athlete/participant suspended from school may not participate in a practice, game, rehearsal, or event during the effective date(s).

## Emergency Evacuation

In the event of an emergency, students will evacuate school buildings under the direction of their current teacher and assemble on the football field for roll call and further instructions. When class is not in session (i.e. lunch, before/after school, etc.) students will report to the football field.

**Falcon Scholars**

To be a Falcon Scholar students must fulfill the following criteria:

- Have a GPA of 3.9 or higher
- Have an ACT score of 26 or higher
- Have participated in 3 AP or Concurrent Enrollment classes
- Have actively participated in extracurricular activities such as athletics, clubs, performing arts programs, or student council
- Have performed or participated in service or leadership activities that benefit the Skyridge Community

**Finances/Fee Payments, Etc.**

Financial Window Hours for parents:

- 7:30 am – 2:45 pm

Financial Window Hours for students:

- 7:30 – 7:40 am
- 12:16 – 12:56 pm (LUNCH)
- 2:15 – 2:45 pm

1. The financial secretary will be available during class for those that come down with a hall pass from their teacher.  Parents/guardians may see the financial secretary any time she is available during the day.
2. Students should make all payments to the financial office.  Teachers do not collect money from students.  A receipt will be given for each transaction and should be saved for one year.
3. Students who are involved in more than one activity need to specify which activity they are paying for at that time.
4. The financial office cannot cash checks for students.  Checks must be made for the exact amount.  The financial secretary cannot give cash back on checks written over the amount.
5. District procedures prohibit post-dated checks or issuing credit.
6. Any unpaid fees/fines will be turned over to a collection agency at the end of each school year.

**Fundraisers**

Generally, fundraisers are for the benefit of the school, not the individual. If a student helps with fundraising  for a school-related group, and then discontinues their participation, the funds generated by that student will remain with the extra-curricular organization and are non-refundable.

**Grading Scale**

The school-wide grading scale for all classes is as follows:

| | | | | | |
|---|---|---|---|---|---|
| A | 100.0% -94% | C+ | 79.99%-77% | D- | 63.99%-60% |
| A- | 93.99%-90% | C | 76.99%-74% | F | 59.99%-0.0% |
| B+ | 89.99%-87% | C- | 73.99%-70% | | |
| B | 86.99%-84% | D+ | 69.99%-67% | | |
| B- | 83.99%-80% | D | 66.99%-64% | | |

**Incendiary Devices**
Students may not use matches, lighters, candles or any other type of open flame on school grounds except when using laboratory science equipment and under the immediate supervision and direction of an instructor.  Students violating this policy may be suspended and cited by a campus officer.  Students possessing and/or using fireworks may be suspended and/or cited.

**Lockers**
Lockers, including P.E. lockers, are provided for students to store school materials, not money or other valuables.  Students who store valuable items in their locker do so at their own risk. The school is not responsible for items that are lost or stolen from lockers.  Locker combinations will not be changed during the school year.  Students should not share their combination with anyone.  Food should not be stored in lockers overnight.  Violation of these policies could result in the forfeit of locker privileges.

School officials may open lockers at any time for inspection.  If a student's locker partner is keeping anything illegal or inappropriate in the locker, he/she should notify the administration or police immediately.  Students are responsible for the items in their assigned locker.  Fines will be assessed for locker damage.

**Lunch**
Monday, Tuesday, Thursday, Friday lunch will be from 12:16-12:56pm. On Wednesday's, lunch will be at the end of the day from 11:44-12:15pm. Skyridge is considered an open campus for those students that are in their lunch period.

**Newspapers, Newsletters, Flyers, Posters, Ads, Etc.**
Individuals desiring to distribute newspapers, newsletters, flyers, etc. must have administrative approval. All posters/advertisements displayed must first be approved by the Student Council advisor or by an administrator. The individual(s) displaying the posters/advertisements are responsible for removing them.

**Nuisance Items**
Stereos, headphones, video games, cellular phones, iPods, laser pointers, and other electronic devices can detract from the classroom setting and become a nuisance item. If a nuisance item is seen in class students will be given a warning and if the item is still distracting, the item will be confiscated. Any device that is sent to the office after being confiscated will need to be retrieved by the parent of the student.

**Parking**
Currently, only seniors and juniors are eligible to obtain a parking pass. Sophomores can sign up to be placed on a waiting list for parking privileges. The following regulations apply to parking and driving on school property:
1. All fines/fees must be paid in full before you can purchase a parking pass.
2. If anyone parks in a handicap accessible parking stall, they will receive a ticket from Lehi City and the vehicle could be towed immediately.
3. Parking stalls are on a first-come first-served basis. Buying a parking pass does not guarantee a parking spot.

4. Anyone that parks on the driving range must have their vehicle moved prior to 2:30 pm. If the vehicle is not moved by 2:30 pm, it will be towed and the student/owner will be responsible for any fines and fees incurred to retrieve the vehicle.
5. Parking on the red curb or in a designated no parking zone is NOT ALLOWED AT ANYTIME, 24 hours a day, 7 days a week.
6. Licensed student drivers may buy a parking pass in the financial office for $10.  Parking permits are required and must be displayed on the front windshield of the driver's side.
7. All vehicles must be parked in designated parking stalls.  Parking in any other area is prohibited.
8. Parents may park in visitor parking in front of the school.  All visitors/parents must check in at the office. Students are NOT ALLOWED to park in the visitor or faculty parking between 6 am and 2:30 pm.
9. Accidents must be reported immediately at the main office.
10. Vehicles improperly parked will be cited.  Parking tickets start at $10.
11. Boots are a $50 fine in addition to the original ticket(s). All parking fines and boot fine must be paid in full before boot can be removed.
12. Any student who receives three parking violations will have a boot placed on the tire upon receipt of the third ticket, and the boot will not be removed until all tickets are paid in full.
13. Vehicles will be booted or towed at the owner's expense for serious and/or repeat violations and for parking violations in faculty, or visitor parking.
14. Student parking is a privilege, and excessive violations could result in parking privileges being revoked.

Cars should be locked at all times to avoid theft.  The school assumes no liability for damage to or theft from vehicles. Maximum speed in the parking lot is 7 mph.  Individuals caught speeding, driving recklessly, or driving or parking on sidewalks or grassed areas will be cited and may lose all parking privileges. Students should be aware that automobiles parked on the school premises or in the school parking lot are subject to search when officials have reason to believe weapons, drugs, or objects prohibited by school policy or state law are contained therein.

## Profane or Obscene Language
Profane or obscene language is not appropriate in the school environment.  Faculty, staff and other students should not have to be exposed to vulgarities or profane/abusive language. Students who violate this policy will be subject to various consequences, including parent conference and/or suspension.

## Safe School Policy (Fighting, Intimidation, Hazing, Etc.)
School policy prohibits acts of aggression, hazing, intimidation, use or possession of a weapon, facsimile of a weapon, criminal behavior, gangs, and hate groups.  This policy applies in school, on school grounds, at school-sanctioned activities or when students are being transported to and from school. Fighting, aggressive behavior, or possession of a weapon or facsimile of a weapon may result in suspension for all participants, a police referral, and/or expulsion. Students who attend fights or who encourage fighting may be subject to disciplinary action, including suspension.  Students who are being intimidated or harassed by another student should report it immediately to a teacher or administrator.

**Search and Seizure**
The following Search and Seizure guidelines shall be observed to assure the privacy of individuals and the safety and welfare of all students:

1. Students may be searched if there is reasonable cause to believe that something is concealed that may be illegal or pose immediate danger to the student or to other students/staff.  School officials may request a student to remove all items from pockets or other personal property.
2. Lockers remain the property of the school.  Students should be aware that their assigned locker will be jointly accessible to the student and the school officials and may be subject to search at the discretion of school officials.

School officials have the right and the duty to inspect any vehicle parked in the parking lot of their school.  If an official has reasonable cause to believe that the contents threaten the safety, health, or welfare of students, or if they reasonably suspect drugs, weapons, illegal or prohibited matter, or stolen goods, a car may be searched.

**Sexual Harassment**
Federal Law prohibits sexual harassment of any kind by students or employees of Alpine School District.  Violations should be reported.  Following an investigation, appropriate disciplinary action will be taken.

Sexual harassment is unwanted, unwelcome behavior of a sexual nature.  Sexual harassment is any act or comment of a sexual nature, which makes another person feel uncomfortable.

Sexual harassment is addressed in the District Safe School Policy and will be handled as outlined therein.  Written, signed statements are required.  Individuals who intentionally make false claims of sexual harassment will be subject to prosecution.

**Skates, Skate Boards, Scooters**
Skates, roller blades, skateboards, or scooters are **not** to be used on any area of campus.

**SKYtime**
SKYtime is a time focused on Student Learning. It is between 2nd and 3rd period on every school day except Wednesdays.  There will be connection activities, development activities, remediation opportunities, and enhancement opportunities for all students. The campus will be closed during SKYtime and students are not permitted to leave campus during this time. Students not requested or not in a classroom during SKYtime will be sent to a designated location, such as the auditorium.  They will not be permitted to stay in the hallways or commons.

Requests for SKYtime will be visible to parents and students on Skyward. **When a student is requested for SKYtime the student is required to attend the requested teacher's class during the SKYtime class period where their attendance will be recorded.**

On Fridays clubs and groups are allowed to use SKYtime for meetings, but academic SKYtime requests can still take place.

Failure to attend a requested SKYtime period will incur consequences that will be targeted to help the student recover the learning they have missed.

**Telephones/Messages**
Student use of telephones in the main office is limited to emergencies and official school business.  Classroom instruction will not be interrupted except for an emergency.  Students can be called to the office during lunch to receive messages (i.e. forgotten gym clothes, lunches, gifts, etc.).

**Transferring Out of School**
Students withdrawing from SHS, for any reason, must see the registrar for appropriate withdrawal forms.  Textbooks, locks and equipment need to be handed in.  Any unpaid fees or fines must be cleared before a student's transcript of credit will be sent to his/her new school.  Any unpaid fines/fees not taken care of before a student transfers will be turned over to a collection agency.

**Tobacco, Alcohol, or Drugs**
The possession, distribution, or use of tobacco, intoxicants, or narcotics of any kind is prohibited on school property or in any building owned or operated by the Board of Education.  The use of e-cigarettes, JUULs, or any facsimile being related to drug paraphernalia is prohibited. This also applies to areas within 1000 feet of the school boundary.

### Tobacco Use/Possession
*First Offense:*
- Parent Notification
- Referral to law enforcement agency
- Possible suspension up to 10 days

*Second and Subsequent Offense:*
- Notify parents
- Referral to law enforcement agency
- Additional suspension up to 10 days, initiate administrative expulsion procedures
- Required completion of Tobacco Cessation Program

### Alcohol and Drug Use/Possession
*First Offense:*
- Referral to law enforcement agency
- Possible suspension up to 10 days
- Parent conference, sign Non-Use Contract
- Referral to the Prime for Life program
- Non-participation in extracurricular activities

*Second and Subsequent Offense:*
- Referral to law enforcement agency
- Additional suspension up to 10 days, initiate administrative expulsion procedures
- Referral to the Prime for Life program

### Distribution or Intent to Distribute
- Parent notification
- Referral to law enforcement agency

- Suspend to an administrative expulsion hearing

**Vandalism**
Vandalism is the willful or senseless destruction of property.  The following consequences will be applied:
1. Parents and police will be notified.
2. The student(s) involved may be suspended 1 to 10 days.
3. A referral to an expulsion hearing may be made pending the intent to cause damage and the damage done.
4. The student will be responsible for restitution.

State law warrants us for withholding a student's transcript and graduation diploma if the student has not paid restitution for vandalism or has other unpaid fines.

**Visitors**
The school campus (including the student parking lot) is off limits to friends from other schools or adult visitors during the school day (7:30 a.m. – 3:00 p.m.).  Students may not bring friends, relatives, or siblings to class with them at any time.  Visitors are required to check in at the office.  Visitors who do not check in may be cited for trespassing.

**Vending Machines**
Vending machines are used at your own risk.  The machines are available before school, during class breaks, and after school.

**Please Note:  Policies may be updated during the course of the year.**

### *Equal Opportunity/ADA Accommodations*

*It is the policy of Alpine School District to provide and promote equal opportunity without discrimination because of race, color, gender, religion, national origin, age or disability.  The district provides reasonable accommodations for the known disabilities of students in compliance with the Americans with Disabilities Act (ADA). Individuals needing special accommodations should notify the Skyridge High School administration at 801-610-8820.*

### *Utah S.B. 122 "Parents Rights in Public Education"*

*It is the policy of Alpine School District to notify patrons that parents have the primary responsibility for the education of his/her child; the state is secondary in the supportive role to parents. Under the law, a parent has the right to reasonable academic accommodations as long as it does not have substantial impact to staff and resources.*

### *FERPA/Privacy Rights/Student Directory Information*

*"The Family Educational Rights and Privacy Act" (FERPA) is a law that protects the privacy of student records. The act extends to students and former students of the school the "right to inspect and review" their educational records. Educational records do not include notes and records held privately by faculty and other academic staff. The Act forbids the school from releasing personal identifiable student educational records or files, or personal information contained in those files, without the written consent of parents/students, except in specified situations. Schools may disclose, without consent, "directory" information such as a student's name, address, telephone number, date, and place of birth, etc. However, schools must notify parents/students about directory. For additional information log on to http://www2.ed.gov/policy/gen/guid/fpco/ferpa/index.html.*